661 S.E.2d 337

In the Matter of Carroll A. GANTT, Respondent.

Supreme Court of South Carolina.

May 6, 2008.

## ORDER

JEAN H. TOAL, Chief Justice.

Respondent was definitely suspended on November 5, 2007, for a period of six months. He has now filed an affidavit requesting reinstatement pursuant to Rule 32, of the Rules for Lawyer Disciplinary Enforcement contained in Rule 413, SCACR.

The request is granted and he is hereby reinstated to the practice of law in this state.